**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-1102**

———————————

CHARLES W. PARKER,

Plaintiff - Appellant,

versus

NORTH CAROLINA DEPARTMENT OF AGRICULTURE, Food
and Drug Division,

Defendant - Appellee.

———————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge. (CA-92-269-5-H)

———————————

Submitted: April 23, 1996                Decided: May 21, 1996

———————————

Before HALL, HAMILTON, and MICHAEL, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Charles W. Parker, Appellant Pro Se. Thomas Giles Meacham, Jr., OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order granting Appellee's motion for summary judgment. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Parker v. North Carolina Dep't of Agric.</u>, No. CA-92-269-5-H (E.D.N.C. Dec. 18, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>